UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV09-00500-WDK(FMOx) | Date | November 10, 2009 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Cesar McGuire | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | Bridget Montero |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Thomas Riley | Ravi Jain |

**Proceedings:**    SETTLEMENT PROCEEDINGS

Case called. Parties state their appearances.

The parties inform the Court that a settlement has been reached. Plaintiff will dismiss the defendant in exchange for $1,500, to be paid within thirty (30) days from the date of the hearing.

Additionally, Plaintiff is ordered to file a Notice of Dismissal and Stipulated Judgement, for use in the event of Defendant's failure to perform, no later than thirty-five (35) days from the date of the hearing. Said Stipulated Judgment shall be for an amount equal to the settlement amount plus $500 and clearly state that the Stipulated Judgement shall be entered only upon the Defendants' failure to perform.

Last, after review, the Court has determined that all future Stipulated Judgments shall be for an amount equal to the settlement amount.

IT IS SO ORDERED.

|  | : | 14 |
|---|---|---|
| Initials of Preparer | PG | |