Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Cesar McGuire, et al.,<br><br>Defendant. | CASE NO. CV 09-0500 WDK FMO<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CESAR MCGUIRE a/k/a CESAR ESTELLA MCGUIRE, individually and d/b/a BAIL HOTLINE a/k/a MCGUIRE BAIL BONDS |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant CESAR MCGUIRE a/k/a CESAR ESTELLA MCGUIRE, individually and d/b/a BAIL HOTLINE a/k/a MCGUIRE BAIL BONDS, that the above-entitled action is hereby dismissed **with prejudice** against CESAR MCGUIRE a/k/a CESAR ESTELLA MCGUIRE, individually and d/b/a BAIL HOTLINE a/k/a MCGUIRE BAIL BONDS and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

STIPULATION OF DISMISSAL
ED CV 09-0500 WDK FMOx
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 10, 2009

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 12/1/09

THE BAIL HOTLINE, LEGAL DEPARTMENT
By: Ravi Jain
Attorneys for Defendant
CESAR MCGUIRE a/k/a
CESAR ESTELLA MCGUIRE,
individually and d/b/a BAIL HOTLINE
a/k/a MCGUIRE BAIL BONDS

///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 10, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CESAR MCGUIRE a/k/a CESAR ESTELLA MCGUIRE, individually and d/b/a BAIL HOTLINE a/k/a MCGUIRE BAIL BONDS**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Ravi Jain, Esquire   (Attorneys for Defendant)
THE BAIL HOTLINE
1918 Business Center Drive, Suite 106
San Bernardino, CA 92408

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 10, 2009, at South Pasadena, California.

Dated: November 10, 2009

_____
INESA MAMIDJANYAN